NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


STEVEN PARMLEY,                        )
                                       )
            Appellant,                 )
                                       )
v.                                     )        Case No. 2D18-1502
                                       )                  2D18-1784
MARY ROSE CAES PARMLEY,                )
                                       )        CONSOLIDATED
            Appellee.                  )
_____)

Opinion filed January 23, 2019.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Hillsborough
County; Melissa M. Polo, Judge.

Steven Parmley, pro se Appellant.

Michael Vincent Laurato of Austin &
Laurato, P.A., Tampa, for Appellee.


PER CURIAM.


            Affirmed.


KHOUZAM, BLACK, and BADALAMENTI, JJ., Concur.